UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION | : Miscellaneous Action No.: 07-MC-00010 : (SLR) |
| KAREN MILLER, et al., | : 04 M.D. 1598 (JSR) : (United States District Court, Southern |
| Plaintiffs | : District of New York) |
| vs. | : |
| | : Hon. Jed S. Rakoff |
| RS OLDCO, Inc., f/k/a REXALL SUNDOWN, INC., RL OLDCO, Inc., f/k/a RICHARDSON LABS, Inc., and RITE AID CORPORATION, | : |
| Defendants. | : |
| PERTAINS TO Miller v. RS Oldco, Inc., et al., 1:05-cv-09064 | : |

### STIPULATION REGARDING EXTENSION OF TIME

Plaintiff and Defendants hereby stipulate and agree that Plaintiff shall have additional time to respond to Defendants' Motion to Compel Production of Documents from Richard Callery, M.D. through and including February 28, 2007. Plaintiff's time to respond previously has expired, but no prior extensions of time have been requested or granted.

[Remainder of page left blank]

ME1 6169607v.1

Stipulated and agreed to:

/s/ Scott D. Levensten
*Signed with express permission*
Scott D. Levensten, Esq.
The Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107
Tel: 215-545-5600
Fax: 215-545-5156
**Counsel for Plaintiff**

/s/ Andrew S. Dupre
Andrew S. Dupre, Esq. (DE Bar ID 4621)
McCarter & English, LLP
919 N. Market Street
18th Floor
Wilmington, DE 19801
Tel: 302-984-6328
Fax: 302-984-0311

Of Counsel:
Michael J. Suffern
Jennifer Hageman
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine St., Suite 2800
Cincinnati, OH 45202
Tel: 513-698-5000
Fax: 513-698-5001
**Counsel for Defendants**

It appearing to the Court that the parties are in agreement, it is,

SO ORDERED.

_____
J. Robinson

## CERTIFICATE OF SERVICE

I, Andrew S. Dupre, hereby certify that on February 12, 2007, I caused a copy of the foregoing Stipulation Regarding Extension of Time to be served via electronic mail and/or U.S. mail upon the following:

**Plaintiffs' Counsel**
Scott D. Levensten, Esquire
The Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107
E-mail: sdl@levenstenlawfirm.com
Tel: 215-545-5600
Fax: 215-545-5156 FAX


/s/ Andrew S. Dupre
Andrew S. Dupre (DE Bar Id. No. 4621)