UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION | : Miscellaneous Action No.: 07-MC-00010<br>: (SLR)<br>: |
| KAREN MILLER, et al., | : 04 M.D. 1598 (JSR)<br>: (United States District Court, Southern |
| Plaintiffs | : District of New York) |
| vs. | :<br>: Hon. Jed S. Rakoff |
| RS OLDCO, Inc., f/k/a REXALL SUNDOWN, INC., RL OLDCO, Inc., f/k/a RICHARDSON LABS, Inc., and RITE AID CORPORATION, | :<br>:<br>:<br>: |
| Defendants. | : |
| PERTAINS TO Miller v. RS Oldco, Inc., et al., 1:05-cv-09064 | :<br>: |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendants hereby stipulate and agree that the above-styled miscellaneous action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

[Remainder of page left blank]

ME1 6204144v.1

Stipulated and agreed to, this 27th day of February, 2007:

/s/ Scott D. Levensten
Scott D. Levensten, Esq.
The Levensten Law Firm
1325 Spruce Street
Philadelphia, PA  19107
Tel: 215-545-5600
Fax: 215-545-5156
**Counsel for Plaintiff**

/s/ Andrew S. Dupre
Andrew S. Dupre, Esq. (DE Bar I.D. 4621)
McCarter & English, LLP
919 N. Market Street
18th Floor
Wilmington, DE  19801
Tel:  302-984-6328
Fax:  302-984-0311

Of Counsel:
Michael J. Suffern
Jennifer Hageman
Jennifer Snyder Heis
ULMER & BERNE LLP
600 Vine St., Suite 2800
Cincinnati, OH 45202
Tel:  513-698-5000
Fax:  513-698-5001
**Counsel for Defendants**

It appearing to the Court that the parties are in agreement, it is,

SO ORDERED.

_____
J. Robinson

ME1 6204144v.1

**CERTIFICATE OF SERVICE**

I, Andrew S. Dupre, hereby certify that on February 27, 2007, I caused a copy of the foregoing Stipulation of Dismissal to be served via electronic mail and/or U.S. mail upon the following:

**Plaintiffs' Counsel**
Scott D. Levensten, Esquire
The Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107
E-mail: sdl@levenstenlawfirm.com
Tel: 215-545-5600
Fax: 215-545-5156 FAX

/s/ Andrew S. Dupre
Andrew S. Dupre (DE Bar ID #4621)